# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

139274

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GEORGE KRAMER and MARY KRAMER,
    Plaintiffs-Appellants,

v

SCHINDLER ELEVATOR CORPORATION,
    Defendant-Appellee.

SC: 139274
COA: 290826
Kent CC: 07-004869-NO

_____/

On order of the Court, the application for leave to appeal the June 11, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk